ANNIE PRALL FAHNESTOCK, Respondent, v. FRANCES HODGSON TOWN-SEND, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

HOLLAND SECURITY COMPANY, Respondent, v. JOSEPH B. GREENHUT and Another, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

CHARLES A. COOPER and Others, Respondents, v. JOSEPH B. GREENHUT, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

ARTHUR F. JONES, Appellant, v. EDMUND L. MOONEY, Respondent, Impleaded with Another.— Order modified as stated in order and as modified affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

UNION SQUARE SAVINGS BANK, Respondent, v. ERP REALTY AND CON-STRUCTION CORPORATION, Appellant, Impleaded with MARY FUCHS and Others. — Order modified as stated in order and as modified affirmed, with-out costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

TIMES SQUARE AUTOMOBILE COMPANY, Respondent, v. THE MOTOR CAR EQUIPMENT COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Time of examination to be fixed in order. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

In the Matter of Proving the Last Will and Testament of WILLIAM M. ST. JOHN, Deceased, as a Will of Real and Personal Property. BURTON C. MEIGHAN, Special Guardian for FORBES ST. JOHN and Others, Appellant; UNION TRUST COMPANY OF NEW YORK and Others, Respondents.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

MARY MILLER v. THE CITY OF NEW YORK.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

BELLE SILVERSTEIN v. THE CITY OF NEW YORK.— Motion granted, unless appellant complies with terms of order. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

JAMES J. POWERS v. THE CITY OF NEW YORK.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

ANTI-VICE COMPANY v. GEORGE H. BELL, Commissioner, etc.— Motion granted. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

GIUSEPPE PROGANO v. ALPHA PORTLAND CEMENT COMPANY.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

PATRICK BRENNAN v. PHILADELPHIA AND READING RAILROAD COM-PANY.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.